**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

JOSE RAUL BRIONES, JR.,                          :
                                                 :
    Plaintiff,                 :
                                                 :
v.                                               :          CASE NO.: 1:24-CV-82 (LAG)
                                                 :
TAURUS INTERNATIONAL                             :
MANUFACTURING, INC., and                         :
TAURUS HOLDINGS, INC.,                           :
                                                 :
    Defendants.                :
                                                 :

## ORDER

On February 2, 2026, Plaintiff emailed the Court requesting a telephonic or in-person conference, pursuant to the Scheduling and Discovery Order (Doc. 22). (*See* Email from Matthew Garmon, Plaintiff's Counsel, to Marcia Alvarez Benavidez, Courtroom Deputy (Feb. 2, 2026, 7:42 PM EST) (on file with the Court)). The Court hereby Orders that the discovery issue raised in Plaintiff's email be **REFERRED** to Magistrate Judge Alfreda Sheppard.

      **SO ORDERED**, this 3rd day of February, 2026.

                /s/ Leslie A. Gardner
                **LESLIE A. GARDNER, CHIEF JUDGE**
                **UNITED STATES DISTRICT COURT**