**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| JOSE RAUL BRIONES, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CV-82 (LAG) |
| | : | |
| TAURUS INTERNATIONAL | : | |
| MANUFACTURING, INC., and | : | |
| TAURUS HOLDINGS, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

The Parties have advised the Court that they have settled this case. (*See* Email from Steven Vickery, Defendants' Counsel to Marcia Alvarez Benavidez, Courtroom Deputy (Mar. 23, 2026, 3:48 PM EST) (on file with the Court)). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case as the Parties finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 24th day of March, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**